**FILED**

**Mar 24, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00306-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER UNSEALING AND UNREDACTING FIRST SUPERSEDING INDICTMENT AND ARREST WARRANT** |
| FERNANDO VELASQUEZ, | |
| Defendant. | |

The United States, having arrested the defendant, Fernando Velasquez, on a first superseding indictment and arrest warrant and the need for sealing and redacting the first superseding indictment and arrest warrant has ceased;

IT IS ORDERED that the first superseding indictment and arrest warrant shall be unsealed as to defendant Fernando Velasquez.

Dated: **Mar 24, 2026**

_Erica P. Grosjean_

Hon. Erica P. Grosjean
United States Magistrate Judge

1